**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RAFAEL JONES, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:09CV1777 CDP |
| | ) | |
| STATE OF MISSOURI, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that petitioner's motion for review of judgment

[#18] is **DENIED**.

Dated this 26th day of January, 2010.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE